CLOSED,CVB

# U.S. District Court
# Western District of Louisiana (Ft. Polk)
# CRIMINAL DOCKET FOR CASE #: 7:16−mj−00007−KK−1

| | |
|---|---|
| Case title: USA vs Blea | Date Filed: 12/18/2015 |
| | Date Terminated: 01/13/2016 |

Assigned to: Magistrate Judge Kathleen Kay



### Defendant (1)

**Jacob A Blea**  represented by  **Jacob A Blea**
*TERMINATED: 01/13/2016*  15248 E Kana St
 Ft Polk, LA 71459
 PRO SE

### Pending Counts                                      ### Disposition

Domestic abuse battery (1st offense)   Defendant is sentenced to one year supervised
(4507465)   probation with conditions, and pay a fine of $750
(1)   plus a special assessment of $10 within the first
   four months of probation.

### Highest Offense Level (Opening)

Petty Offense

### Terminated Counts                                   ### Disposition

None

### Highest Offense Level (Terminated)

None

### Complaints                                          ### Disposition

None

---

### Plaintiff

**USA**   represented by  **Matthew J Aiesi**
 Office of Staff Judge Advocate/Mag Court
 7090 Alabama Ave Bldg 1454
 Ft Polk, LA 71459
 337−531−1943

Email: matthew.j.aiesi.mil@mail.mil  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/18/2015 | 1 | | CITATION Issued as to Jacob A Blea (1) count(s) 1. (Attachments: # 1 Original Ticket) (CVB Auto) (Additional attachment(s) added on 1/6/2016: # 2 Bill of Information) (FinnSld, P). (Entered: 12/18/2015) |
| | | 4 | *Main Document* |
| | | | Attachment # 1 *Original Ticket (Not Attached)* |
| | | | Attachment # 2 *Bill of Information (Not Attached)* |
| 12/18/2015 | 2 | | SET HEARINGS Initial Appearance set for 01/04/2016 08:00 AM in FPLA before Magistrate Judge Kathleen Kay. (CVB Auto) (Entered: 12/18/2015) |
| 01/04/2016 | 3 | | WAIVER of Counsel by Jacob A Blea (1) (crt,FinnSld, P) (Entered: 01/06/2016) |
| 01/04/2016 | 4 | | WAIVER of Speedy Trial by Jacob A Blea (1) (crt,FinnSld, P) (Entered: 01/06/2016) |
| 01/11/2016 | 5 | | ORDER to Continue as to Jacob A Blea (1) (KK) (Entered: 01/11/2016), (QC'ed on 01/12/2016, by FinnSld , P) |
| 01/11/2016 | 6 | | MINUTES for proceedings held before Magistrate Judge Kathleen Kay: Terminate hearing (KK) (Entered: 01/11/2016), (QC'ed on 01/12/2016, by FinnSld , P) |
| 01/11/2016 | 7 | | SET HEARINGS Bench Trial set for 01/11/2016 10:00 AM in FPLA before Magistrate Judge Kathleen Kay. (KK) (Entered: 01/11/2016), (QC'ed on 01/12/2016, by FinnSld , P) |
| 01/11/2016 | 8 | | MINUTES for proceedings held before Magistrate Judge Kathleen Kay: PLEA AND SENTENCE HEARING held on 1/11/2016 Jacob A Blea (1) Plea of guilty and sentencing on Count 1. Defendant sentenced to one year supervised probation with conditions. Defendant is to pay a fine of $750 and a special assessment of $10 within the first four months of probation. (Court Reporter: LCR – Fort Polk) (crt,Benoit, T) (Entered: 01/13/2016) |
| 01/13/2016 | 9 | 5 | JUDGMENT as to Jacob A Blea (1), Count(s) 1, Defendant is sentenced to one year supervised probation with conditions, and pay a fine of $750 plus a special assessment of $10 within the first four months of probation. Signed by Magistrate Judge Kathleen Kay on 1/14/2016. (crt,Benoit, T) (Entered: 01/14/2016) |
| 05/17/2016 | 10 | 9 | SUPERVISED PROBATION JURISDICTION TRANSFERRED to Western District of Virginia (Roanoke) as |

|  |  |  | to Jacob A Blea (1). Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (crt,YocumSld, M) (Entered: 05/18/2016) |

# United States District Court
## Violation Notice

WL 1

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4507465 | Beatty | B4009 |

4507465

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☑ State Code |
|---|---|
| 02 NOV 2015 2010 HRS | LRS 14:35.3 |

**Place of Offense**
15248 E Kane St Ft Polk, LA 71459

**Offense Description: Factual Basis for Charge** HAZMAT ☐

Domestic Battery

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Blea | Jacob | A |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| BLDG 1946 15th St Ft. Polk, LA 71459 | 01/04/2016 |
| Ph. No. 337-531-6143 | Time (hh:mm) 0800 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature [signature]

(Rev. 01/2011) Original - CVB Copy

CVB SCAN NOV 16, 2015 08:26

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 02 NOV, 2015 while exercising my duties as a law enforcement officer in the Western District of Louisiana

At approximately 1400 hrs, I was dispatched to 15248 E Kane St in reference to a verbal domestic. Upon arrival, I made contact with both Jacob A. Blea and Tera L Blea. Tera L Blea being the VIM was escorted to the PMO. After further investigation, Blea, T stated Blea, J had put his hands on her arms and left a scratch mark on the back of her arm. I went back to 15248 E Kane St and conducted a DA 3881, DA 2823, photos, DNA kit, and issued a CVN for Domestic Battery.

The foregoing statement is based upon:
☑ my personal observation   ☑ my personal investigation
☑ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/02/2015 [signature]
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN NOV 16, 2015 08:26

**Clerk's Office**
**A True Copy**
May 18, 2016

[signature] Melinda S Yocum
Deputy Clerk, U.S. District Court
Western District of Louisiana
Shreveport, LA

AO245B    Judgment in a Criminal Case (Rev. 09/11)
         Sheet 1

# United States District Court
## Western District of Louisiana

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**V.**<br>**JACOB A BLEA** | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number:   7:16-MJ-00007<br>USM Number:<br><br>Pro Se<br>Defendant's Attorney |

**THE DEFENDANT:**

[✓]    pleaded guilty to count(s):  1 (4507465) of the Information
[ ]    pleaded nolo contendere to count(s) __ which was accepted by the court.
[ ]    was found guilty on count(s) __ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Count Number(s)** | **Date Offense Concluded** |
|---|---|---|---|
| LRS 14:35.3 | Domestic Abuse Battery (1st) | 1 | 11/2/2015 |

       The defendant is sentenced as provided in pages 2 through  4  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has been found not guilty on count(s) __.

[ ]    Count(s) __ [] is  [] are  dismissed on the motion of the United States.

       IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and the United States attorney of any material changes in economic circumstances.

                                                          January 11, 2016
                                               Date of Imposition of Judgment

                                               _____
                                               Signature of Judge



                                               KATHLEEN KAY, United States Magistrate Judge
                                               Name of Judge                    Title of Judge

                                                          January 13, 2016
                                               Date

Judgment - Page 2 of 4

DEFENDANT: JACOB A BLEA
CASE NUMBER: 7:15-PO-01165

# PROBATION

The defendant is hereby sentenced to probation for a term of  one year .

## MANDATORY CONDITIONS (MC)

1. The defendant shall not commit another federal, state, or local crime.

2. The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

3. [✓] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

4. [ ] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

5. [ ] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

6. [ ] The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. (Check, if applicable.)

7. [ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

8. [ ] The passport restriction imposed at the time of initial release, is hereby suspended, and defendant's passport is ordered released to defendant's attorney.

9. [ ] The passport restriction imposed at the time of initial release, is continued, and defendant's passport is ordered transferred to the U.S. Department of State.

10. If this judgment imposes a fine or a restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

11. The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION (SC)

1) the defendant shall not leave the judicial district without permission of the court or probation officer;

2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependants and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:     JACOB A BLEA
CASE NUMBER:     7:15-PO-01165

# SPECIAL CONDITIONS OF SUPERVISION (SP)

(1) Defendant is to pay fine of $750, and a special assessment of $10 within the first 4 months of probation, by check or money order payable to the Clerk, U S District Court and mailed to by check or money order mailed to Clerk, U. S. District Court, 300 Fannin Street Suite 1167, Shreveport, LA 71101, or online at www.lawd.uscourts.gov/fees. Scroll down and click the Criminal Debt (Restitution and Fines) hyperlink to proceed to the secure online payment form. Be sure to include the docket number to ensure proper credit for payment.

(2) Defendant is to perform **eight 8 hour days** of community service at the times, places and in the manner directed by the Probation Office.

(3) Defendant will participate in and complete a domestica abuse intervention program or similar mental health counseling approved by the probation office related to domestic violence. Defendant will pay associated expenses as may be directed by the probation office.

(4) Defendant is not to own or possess a firearm during the term of probation.

(5) Defendant is ordered to serve 30 days incarceration, with that sentence suspended.

AO245B   Judgment in a Criminal Case (Rev.09/11)
    Sheet 5 — Criminal Monetary Penalties

Judgment — Page 4 of 4

DEFENDANT:    JACOB A BLEA
CASE NUMBER:    7:15-PO-01165

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals to Shreveport: | $ 10.00 | $ 750.00 | $ |

[ ]    The determination of restitution is deferred until _. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ]    The defendant must make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | *Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| TOTALS: | $ | $ | |

[ ]    Restitution amount ordered pursuant to plea agreement $ _

[ ]    The defendant must pay interest on restitution and a fine of more than $2500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

[ ]    The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    [ ]  The interest requirement is waived for the  [ ] fine  [ ] restitution.

    [ ]  The interest requirement for the  [ ] fine  [ ] restitution is modified as follows:

---

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, for offenses committed on or after September 13, 1994 but before April 23, 1996.

RECEIVED
IN LAKE CHARLES, LA.

1 7 2016

TONY R. MOORE, CLERK
BY_____ DEPUTY

| PROB 22 (Rev 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 7:16-00007M-001 |
| | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jacob A. Blea | WD/LA | Lake Charles |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Kathleen Kay | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 01/11/2016 | TO 01/10/2017 |

**OFFENSE**

Domestic Abuse Battery

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Western___ DISTRICT OF ___Louisiana___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Western District of Virginia___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___3/24/2016___                          ___[signature]___
Date                                       United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Western___ DISTRICT OF ___Virginia___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

___May 17, 2016___                         ___[signature]___
Effective Date                              United States Magistrate Judge